USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Jashaad Gulifield,

                Petitioner,

-against-

Superintendent, Green Haven Correctional Facility,

                Respondent.
------------------------------------------------------------X

18 CIVIL 2411 (CS)(PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated May 11, 2022, no objections to the Report and Recommendation (the "R&R") have been received, so the Court has reviewed it for clear error, finding none, the R&R is adopted as the decision of the court. The Petition is dismissed. No certificate of appealability will issue because reasonable jurists would not find it debatable the Petitioner has failed to demonstrate by a substantial showing that he was denied a constitutional right.

**Dated:** New York, New York
        May 16, 2022

                                              RUBY J. KRAJICK
                                              Clerk of Court
                        BY:
                                                  Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Jashaad Gulifield,

                Petitioner,

      -against-

Superintendent, Green Haven Correctional Facility,

                Respondent.
-------------------------------------------------------------X

18 CIVIL 2411 (CS)(PED)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated May 11, 2022, no objections to the Report and Recommendation (the "R&R") have been received, so the Court has reviewed it for clear error, finding none, the R&R is adopted as the decision of the court. The Petition is dismissed. No certificate of appealability will issue because reasonable jurists would not find it debatable the Petitioner has failed to demonstrate by a substantial showing that he was denied a constitutional right.

**Dated:** New York, New York
         May 16, 2022

                                    **RUBY J. KRAJICK**
                                    Clerk of Court
                  BY:
                                    **Deputy Clerk**